HARRIET MOSHIER,. Respondent, *v.* THE CITY OF NEW YORK, Appellant, Impleaded with Another.

*Moshier* v. *City of New York*, 190 App. Div. 111, appeal dismissed.
(Argued April 12, 1920; decided April 20, 1920.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 2, 1920, affirming a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that the affirmance by the Appellate Division was unanimous and permission to appeal had not been obtained.

*Henry M. Dater* for motion.
*Samuel E. Probasco* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

CHARLES T. BROWN, Respondent, *v.* ARTHUR B. LEACH et al., Composing the Firm of A. B. LEACH & Co., et al., Appellants.

(Submitted April 12, 1920; decided April 20, 1920.)

MOTION to dismiss an appeal from a judgment entered March 12, 1920, upon an order of the Appellate Division of the Supreme Court in the first judicial department reversing in part a judgment of Special Term directing an accounting as to part of plaintiff's claim and dismissing the complaint as to the balance.

The motion was made upon the ground that the judgment appealed from was interlocutory and that permission to appeal had not been obtained.

*John C. Tomlinson* and *James B. Mackie* for motion.
*Charles A. Boston* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.